No. 94–7430.  SANDERS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 94–7431.  RODGERS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–7432.  PESHOMME v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–7433.  PEDDLE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 94–7435.  WINTERS ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 94–7437.  SCOTT v. HYUNDAI MANUFACTURE OF FOUNTAIN VALLEY ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 94–7438.  SIMPSON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–7439.  TIERNEY v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 94–7440.  THOMAS v. METROPOLITAN DADE COUNTY ET AL.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 94–7441.  CARTER v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 94–7442.  CRAGO v. OHIO.  Ct. App. Ohio, Franklin County. Certiorari denied.

No. 94–7443.  CORRALES-QUINCENO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–7444.  ANDERSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–7446.  BANH v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.